UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

UNITED STATES OF AMERICA,

   Plaintiff,

vs.

FREDERICK THOMAS,

   Defendant.

Case No.: 2:12-cr-004-APG-GWF

**ORDER**

Defendant Frederick Thomas filed a motion seeking to remain out of custody on bond while his appeal is pending. (Dkt. #882.) Defendant has not shown by clear and convincing evidence that he "is not likely to flee or pose a danger to the safety of any other person or the community if released." 18 U.S.C. sec. 3143(b)(a)(A). And while his appeal raises a substantial question of fact, he has not demonstrated that his appeal is likely to result in reversal. 18 U.S.C. sec. 3143(b)(a)(B(i)). Therefore, he has not satisfied his burden to justify allowing him to remain out of custody pending his appeal.

IT IS HEREBY ORDERED that defendant Frederick Thomas's motion for bail pending appeal (Dkt. #882) is DENIED.

Dated: March 18, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE