# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                          )<br>            Plaintiff,                            )<br>                                                          )<br>vs.                                                   )<br>                                                          )<br>FREDRICK THOMAS,                       )<br>                                                          )<br>            Defendant.                       )<br>_____) | Case No. 2:12-cr-00004-MMD-GWF<br><br>**ORDER** |

This matter is before the Court on Kathleen Bliss' Motion to Withdraw as Counsel for Defendant Fredrick Thomas (#1036), filed on August 7, 2015.

Counsel represents that a conflict of interest exists in this matter due to her prior work with the United States Attorney's Office. Counsel has sufficiently established good cause for the withdrawal. Accordingly,

**IT IS HEREBY ORDERED** that Kathleen Bliss' Motion to Withdraw as Counsel for Defendant Fredrick Thomas (#1036) is **granted**.

**IT IS FURTHER ORDERED** that a hearing to appoint new counsel for Defendant Fredrick Thomas will be held on **Friday, August 14, 2015 at 11:00 a.m.** in **Courtroom 3A**.

**DATED** this 10th day of August, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge