```
                                                                    1

                         UNITED STATES DISTRICT COURT

                              DISTRICT OF NEVADA
UNITED STATES OF AMERICA,      )
            Plaintiff,         )  Case No. 2:12-cr-004-APG-GWF
                               )
       vs.                     )
                               )       ORDER TEMPORARILY
FREDERICK THOMAS,              )        UNSEALING NOTES
            Defendant.         )
_____)
```

On 9-19-2015, Heather K. Newman, Transcriber, received a Transcript Order form requesting transcripts of the Budgetary Hearings, held on 1-23-2013, 4-4-2013, 5-3-2012, 11-13-2012, 5-6-2013, 5-12-2013, 8-14-2013, and 9-17-2013, from Mark Eibert, in which a portion of each hearing was sealed.

**IT IS THE ORDER OF THE COURT** that the sealed transcripts shall be unsealed for the limited purpose of providing a copy of the transcripts as requested by Mark Eibert.

**IT IS FURTHER ORDERED** that the sealed transcripts shall thereafter be resealed, and a certified copy of the transcripts be delivered to the Clerk pursuant to 28, U.S.C., Section 753(b), until further order of this Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcripts of the proceedings to anyone other than the representatives of the parties directly concerned with this case.

DATED this 30th day of September, 2014.

ANDREW P. GORDON
United States District Judge

HEATHER K. NEWMAN, FOCR, RPR, CCR 774    (702) 464-5828