JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709

SUMMER A. JOHNSON
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
E-mail: Summer.Johnson@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Judgment Creditor,<br><br>　　v.<br><br>FREDERICK THOMAS,<br><br>　　　　　Judgment Debtor,<br><br>and<br><br>PROGRESSIVE INSURANCE COMPANY, and its Successors or Assigns,<br><br>　　　　　Garnishee. | Case No.: 2:12-cr-0004-APG-EJY<br><br>**FINAL ORDER OF GARNISHMENT** |

　　　　Pending before the Court is Plaintiff United States of America's Application for Writ of Garnishment. Judgment Debtor / Defendant Frederick Thomas ("Defendant") timely filed an Affidavit of Exemptions and Request to Transfer Proceedings. Plaintiff United States timely filed a Response to Affidavit of Exemptions and Request to Transfer Proceedings. A hearing took place on May 26, 2022 before Magistrate Judge Elayna Youchah via video conference. Assistant United States Attorney Summer A. Johnson appeared on behalf of the United States. Attorney Maysoun Fletcher appeared on behalf of Defendant Frederick Thomas, who was also present. *See* ECF No. 1738.

After reviewing the pleadings on file in this matter and oral arguments of the parties, the Court finds as follows:

1. A judgment was entered against the above-named Defendant on December 14, 2014 in the amount of $50,893,366.35. ECF No. 874.

2. The United States filed an Application for Writ of Garnishment seeking any nonexempt property belonging to or owed the Defendant by Progressive Insurance Company, its Successors or Assigns ("Garnishee"). ECF No. 1726.

3. A Writ of Garnishment was properly served on Garnishee, which filed an Answer stating that it had in its possession, custody or control, personal property belonging to and due the Defendant in the form of wages in the amount of $2,391.92 each bi-weekly pay period. ECF No. 1730.

4. The Judgment Debtor was served with the Writ of Garnishment and notified of their right to claim an exemption or request a hearing.

5. The Judgment Debtor timely filed an Affidavit of Exemptions and Request for Transfer of Proceedings. ECF No. 1728.

6. The Defendant claimed exemptions for the following:
   a. Wearing apparel and school books;
   b. Fuel, provisions, furniture, and personal effects; and
   c. Judgments in support of Minor Children.

7. The Defendant also requested to transfer the proceedings to the district of the Defendant's current residence, the Middle District of Florida. *Id.*

8. The United States timely filed a Response to Affidavit of Exemptions and Request to Transfer Proceedings. ECF No. 1737.

Having considered the United States' Writ of Garnishment, the Garnishee's Answer, the Defendant's Affidavit of Exemptions and Request for Transfer of Proceedings, the United States' Response to Affidavit of Exemptions and Request to Transfer Proceedings and the oral argument of the parties, the Court GRANTS the United States' Writ of Garnishment and orders as follows:

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that:

1. The Court denies the Defendant's request to transfer the proceedings to the Middle District of Florida, as stated on the record in Court on May 26, 2022. *See* ECF No. 1738.

2. The Court finds that the Defendant's claimed exemptions for (1) wearing apparel and school books and (2) fuel, provisions, furniture, and personal effects are exemptions related to tangible personal property, are inapplicable and are denied.

3. The Court finds that the Defendant has supported his claim for prior Judgments in support of Minor Children in the amount of $493.30 per bi-weekly pay period and that the Judgments in support of Minor Children have primacy relative to the United States' Writ of Garnishment as they were entered prior to the Defendant's Judgment herein.

IT IS FURTHER THEREFORE ORDERED, ADJUDGED and DECREED that the Garnishee is hereby ordered to pay into the hands of the Clerk, U.S. District Court the amount of $59.70 per bi-weekly pay period.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the amount of $119.40 previously held by the Garnishee in accordance with the Writ of Garnishment shall immediately be paid to the United States.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that these sums are to be applied to the Judgment rendered in the matter in the sum of $50,893,366.35, upon which there is an unpaid balance of $51,728,786.53 due, as of April 12, 2022. These deductions are to continue until the total amount due, plus accruing interest, is fully paid and satisfied.

Checks should be made payable to:

"Clerk of the Court, U.S. District Court"

Mailed to:

Clerk of the Court, U.S. District Court
333 Las Vegas Boulevard South, Suite 1334
Las Vegas, NV 89101

And bearing Judgment Debtor's name and case number:

Frederick Thomas / 2:12-cr-0004- APG-EJY

Dated: June 13, 2022

_____
UNITED STATES MAGISTRATE JUDGE