MAYSOUN FLETCHER, ESQ.
Nevada Bar No. 10041
The Fletcher Firm, P.C.
5510 S. Fort Apache Rd.
Las Vegas, Nevada 89148
Tel:   (702) 835-1542
maf@fletcherfirmlaw.com
Attorney for Defendant,
FREDERICK THOMAS

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FREDERICK THOMAS,<br>Defendant. | CASE NO.: 2:12-CR-0004-APG-(GWF)<br><br>**MOTION TO WITHDRAW AS ATTORNEY OF RECORD AND REMOVAL FROM CM/ECF E-NOTICE LIST** |

Frederick Thomas, by and through his CJA counsel, Maysoun Fletcher, hereby moves this Court to terminate Ms. Fletcher's appointment and remove Ms. Fletcher as his attorney of record.  Further, Mr. Thomas requests that Ms. Fletcher be removed from the CM/ECF E-Notice List.  Ms. Fletcher was appointed under the Criminal Justice Act, 18 U.S.C. §3006(A)(a)(1)(e), on November 30, 2020 [ECF No. 1713] after filing a Motion for Re-Appointment of CJA Counsel [ECF No. 1711] for the limited purpose of assisting Mr. Thomas with early termination of supervised release.  The Court issued an order terminating Mr. Thomas'

Supervised Release on December 4, 2020. [ECF No. 1715]  Ms. Fletcher therefore completed her appointed task and should be removed as attorney of record.

Notably, the Criminal Justice Act does not permit appointment for garnishment. The Court issued a Minute Order on May 19, 2022 [ECF 1734] requiring all parties to appear for a hearing on May 26, 2022 regarding the United States' Writ of Garnishment [ECF. No. 1727] and Mr. Thomas' Pro Se Affidavit of Exemptions and Request for Hearing [ECF No. 1728].  In compliance with said Minute Order [ECF No. 1734], Ms. Fletcher provided the Courtroom Deputy, Elvia Garcia, Mr. Thomas' email address so he may attend the hearing via Zoom. Ms. Fletcher also notified Mr. Thomas of the upcoming hearing.

For the above reasons, Ms. Fletcher's CJA appointment should be terminated, and she should be removed from the CM/ECF E-Notice List.

Respectfully submitted this 19th day of May, 2022.

**IT IS SO ORDERED.**

_____
**U.S. MAGISTRATE JUDGE**

**Dated:  June 13, 2022**

By:_/s/ Maysoun Fletcher_
MAYSOUN FLETCHER, ESQ.
Nevada Bar No. 10041
Fletcher Firm, P.C.
5510 S. Fort. Apache Rd.
Las Vegas, Nevada 89148
Attorney for Defendant Frederick Thomas